# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:08CR108

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| EDWIN SYLVESTER GILLILAND, JR. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the November 2008 term in the Asheville Division.

Defendant was arraigned on October 22, 2008, less than thirty days ago. "Unless the defendant consents in writing to the contrary, the trial shall not commence less than thirty days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se." **18 U.S.C. § 3161(c)(2).** The Defendant here has not so consented.

In addition, because counsel was only recently appointed, he has not had an adequate opportunity to prepare for trial, taking into account the exercise of due diligence. The Court, therefore, finds that a failure to grant

the continuance "would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." **18 U.S.C. § 3161(h)(8)(B)(iv).**

For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the Defendant in a speedy trial. **18 U.S.C. § 3161(h)(8)(A).**

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** from the November 2008 term in the Asheville Division.

Signed: October 28, 2008

Lacy H. Thornburg
United States District Judge