**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:08CR108**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **EDWIN SYLVESTER GILLILAND, JR.** ) | |

**THIS MATTER** is before the Court on the Defendant's amended motion to continue the sentencing hearing from the June 19, 2009, calendar. Counsel advises in the amended motion that he will be on secured leave from July 16 through July 27, 2009, and unavailable on those dates should this matter be recalendared for sentencing during that time.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's amended motion for continuance is hereby **ALLOWED.**

**IT IS FURTHER ORDERED** that this case is rescheduled for sentencing on **THURSDAY, JULY 2, 2009, AT 2:00 PM,** at the U.S. Courthouse in Asheville, North Carolina.

Signed: June 18, 2009

Lacy H. Thornburg
United States District Judge